**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS K. BAUMGARTNER | : | BK. No. 16-16533 AMC |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2007-WMC1 | : | 11 U.S.C. §362 AND §1301 |
| **Movant** | : | |
| v. | : | |
| THOMAS K. BAUMGARTNER SHELLY L. GRIFFITH (NON-FILING CO-MORTGAGOR) | : | |
| **Respondents** | : | |

**ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY**

   **AND NOW**, this 25th day of April, 2017, at **PHILADELPHIA**, upon Motion of **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2007-WMC1** (Movant), it is:

   **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

   **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2867 HOMESTEAD COURT, GILBERTSVILLE, PA 19525 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

   **ORDERED** that relief from any Co-Debtor stay under U.S.C. §1301(c) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2007-WMC1** may immediately enforce and implement this Order granting Relief from the Automatic Stay

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

THOMAS K. BAUMGARTNER
2867 HOMESTEAD COURT
GILBERTSVILLE, PA 19525

JOSEPH L. QUINN, ESQUIRE
152 EAST HIGH STREET
SUITE 100
POTTSTOWN, PA 19464

SHELLY L. GRIFFITH
2867 HOMESTEAD COURT
GILBERTSVILLE, PA 19525

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107