United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas K. Baumgartner  
     Debtor

Case No. 16-16533-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Apr 25, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.  
db          +Thomas K. Baumgartner,    2867 Homestead Court,    Gilbertsville, PA 19525-9698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association As Trustee For et al. paeb@fedphe.com  
         JOSEPH L QUINN    on behalf of Debtor Thomas K. Baumgartner CourtNotices@sjr-law.com  
         KEVIN S. FRANKEL    on behalf of Creditor    PHH MORTGAGE CORPORATION pa-bk@logs.com  
         THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association As Trustee For et al. pa.bkecf@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                          TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **THOMAS K. BAUMGARTNER** : | **BK. No. 16-16533 AMC** |
| **Debtor** : | |
| : | **Chapter No. 13** |
| **U.S. BANK NATIONAL ASSOCIATION AS** : | |
| **TRUSTEE FOR THE REGISTERED HOLDERS** : | |
| **OF ABFC 2007-WMC1 TRUST ASSET** : | |
| **BACKED FUNDING CORPORATION ASSET** : | |
| **BACKED CERTIFICATES, SERIES 2007-** : | **11 U.S.C. §362 AND §1301** |
| **WMC1** : | |
| **Movant** : | |
| v. : | |
| **THOMAS K. BAUMGARTNER** : | |
| **SHELLY L. GRIFFITH (NON-FILING CO-** : | |
| **MORTGAGOR)** : | |
| **Respondents** : | |

**ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY**

    **AND NOW**, this 25th day of April, 2017, at **PHILADELPHIA**, upon Motion of **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2007-WMC1** (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2867 HOMESTEAD COURT, GILBERTSVILLE, PA 19525 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that relief from any Co-Debtor stay under U.S.C. §1301(c) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2007-WMC1** may immediately enforce and implement this Order granting Relief from the Automatic Stay

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

THOMAS K. BAUMGARTNER
2867 HOMESTEAD COURT
GILBERTSVILLE, PA 19525

JOSEPH L. QUINN, ESQUIRE
152 EAST HIGH STREET
SUITE 100
POTTSTOWN, PA 19464

SHELLY L. GRIFFITH
2867 HOMESTEAD COURT
GILBERTSVILLE, PA 19525

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107