IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Thomas K. Baumgartner,<br>Debtor. | CHAPTER 13 |
| PHH Mortgage Corporation as servicer for Long Trail Trust,<br>Movant,<br>v.<br>Thomas K. Baumgartner,<br>Debtor,<br><br>William C. Miller, Trustee,<br>Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-16533/AMC<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this  30th   day of  May         , 2017, after notice to all required parties and certification of default under the terms of this Court's Order of February 8, 2017 it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 2867 Homestead Court, Gilbertsville, PA 19525; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE