United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16533-amc
Thomas K. Baumgartner                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: May 30, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db            +Thomas K. Baumgartner,    2867 Homestead Court,    Gilbertsville, PA 19525-9698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association As Trustee For et
               al. paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Thomas K. Baumgartner CourtNotices@sjr-law.com
              KEVIN S. FRANKEL    on behalf of Creditor    PHH MORTGAGE CORPORATION pa-bk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association As Trustee For et
               al. pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Thomas K. Baumgartner,<br>Debtor. | CHAPTER 13 |
| PHH Mortgage Corporation as servicer for Long Trail Trust,<br>Movant,<br>v.<br>Thomas K. Baumgartner,<br>Debtor,<br><br>William C. Miller, Trustee,<br>Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-16533/AMC<br><br>11 U.S.C. § 362 |

**O R D E R**

　　　AND NOW, this  30th  day of  May        , 2017, after notice to all required parties and certification of default under the terms of this Court's Order of February 8, 2017 it is

　　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 2867 Homestead Court, Gilbertsville, PA 19525; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

　　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE