# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 16-16533-AMC

THOMAS K. BAUMGARTNER

2867 Homestead Court

Gilbertsville, PA 19525

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  THOMAS K. BAUMGARTNER

  2867 Homestead Court

  Gilbertsville, PA 19525

Counsel for debtor(s), by electronic notice only.

  JOSEPH L QUINN
  152 E HIGH ST
  SUITE 100
  POTTSTOWN, PA 19464-

Date: 6/16/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee